IN THE SUPREME COURT OF TEXAS

 No. 09-0914

 IN RE SMITH/ENRON COGENERATION LIMITED PARTNERSHIP AND RAYTHEON-EBASCO
 OVERSEAS LIMITED

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion for temporary relief, filed November
2, 2009, is granted. The order dated August 27, 2009, in Cause No. 09-09-
00085-CV, styled In re Certain Underwriters at Lloyd's London and Certain
London Market Insurance Companies, in the Ninth Court of Appeals, and all
trial court proceedings in [trial court - 58th, Jefferson County, etc.]
specifically related to the August 27, 2009 order, are stayed pending
further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this November 13, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk